JEROME R. BOWEN, ESQ.
Nevada Bar No. 004540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
Tel: (702) 240-5191 Fax: (702) 240-5797
Email: twilcox@lvlawfirm.com
*ATTORNEYS FOR PLAINTIFF*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHARMACISTS MUTUAL INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>vs.<br><br>C&R PHARMACY, Inc. dba KEN'S PHARMACY fka LAM'S PHARMACY, INC.,<br><br>            Defendant(s). | Case No.: 2:19-cv-00350-JCM-BNW |

## STIPULATION AND ORDER TO SET ASIDE DEFAULT AND WITHDRAWAL OF MOTION TO SET ASIDE DEFAULT

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, Plaintiff, PHARMACISTS MUTUAL INSURANCE COMPANY, by and through its counsel of record, SELMAN BREITMAN LLP, and Defendant, C&R PHARMACY, Inc. dba KEN'S PHARMACY fka LAM'S PHARMACY, INC., by and through its counsel of record, BOWEN LAW OFFICES, that the Default (ECF 27) entered on July 16, 2019 against Defendant is hereby set aside.

/ / /

/ / /

/ / /

Based upon the above stipulation, Defendant withdraws its Motion to Set Aside Default (ECF 36) filed on August 12, 2019.

DATED this 23RD day of August, 2019.  DATED this 23RD day of August, 2019.

**BOWEN LAW OFFICES**  **SELMAN BREITMAN LLP**

*/s/ Jerome R. Bowen, Esq.*  */s/ Laura R. Ramos, Esq.*
JEROME R. BOWEN, ESQ.  ELSON S. EDSON, ESQ. (Pro Hac Vice)
Nevada Bar No.: 4540  LAURA R. RAMOS, ESQ. (Pro Hac Vice)
Attorneys for Defendant  GIL GLANCZ, ESQ. (NV Bar No. 9813)
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated August 27, 2019.

_____
U.S. DISTRICT COURT JUDGE