JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
(702) 240-5191 | (702) 240-5797 facsimile
twilcox@lvlawfirm.com
*ATTORNEYS FOR DEFEDANT*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| PHARMACISTS MUTUAL INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>C&R PHARMACY, INC. dba KEN'S PHARMACY fka LAM'S PHARMACY, INC.,<br><br>Defendants. | CASE NO.: 2:19-cv-00350-JCM-BNW |

**STIPULATION AND ORDER EXTENDING THE TIME TO FILE OPPOSITION TO PHARMACISTS MUTUAL INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**
**(First Request)**

The Parties have stipulated to give Defendant a seven (7) day extension of time to file the Opposition to Pharmacists Mutual Insurance Company's Notice of Motion and Motion for Summary Judgment (ECF No. 50) in this matter. The reasons supporting this stipulation are as follows:

Defendant's counsel has been traveling out of town conducting out of state meetings and depositions.

The Defendant wishes to provide the Court a complete outline of facts and issues.

The Defendant request a seven (7) day extension of time, up to and including, March 17, 2020, for Plaintiff to file its Opposition. This is the first extension of time requested by the Parties related to this Motion (ECF No. 50).

IT IS STIPULATED AND AGREED by and between the parties that Defendant shall have up to and including March 17, 2020, to file its Opposition to Pharmacists Mutual Insurance Company's Notice of Motion and Motion for Summary Judgment (ECF No. 50).

Dated this 10th day of March, 2020    Dated this 10th day of March, 2020

/s/ Jerome R. Bowen, Esq.    /s/ Laura R. Ramos, Esq.
JEROME R. BOWEN, ESQ.    GIL GLANCZ, ESQ.
Nevada Bar No. 4540    Nevada Bar No. 9813
BOWEN LAW OFFICES    ELDON S. EDSON, ESQ.(pro hac vice)
9960 W. Cheyenne Avenue, Suite 250    LAURA R. RAMOS, ESQ. (pro hac vice)
Las Vegas, Nevada 89129    SELMAN BREITMAN LLP
Attorney for Defendant    3993 Howard Hughes Parkway, Suite 200
　    Las Vegas, Nevada 89169
　    Attorneys for Plaintiff

IT IS SO ORDERED March 10, 2020.

_____
UNITED STATES DISTRICT JUDGE